**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Steven Gregory Frost, Appellant.

Appellate Case No. 2012-213043

Appeal From Oconee County
J. Cordell Maddox, Jr., Circuit Court Judge

Unpublished Opinion No. 2014-UP-258
Heard May 7, 2014 – Filed June 25, 2014

**AFFIRMED**

Appellate Defender David Alexander, of Columbia, for
Appellant.

Attorney General Alan McCrory Wilson and Assistant
Attorney General Jennifer Ellis Roberts, both of
Columbia, for Respondent.

**PER CURIAM:** Steven Gregory Frost appeals his conviction for first-degree
criminal sexual conduct (CSC) with a minor less than eleven years of age. Frost
argues the trial court erred in requiring the jury to make a finding under section 16-

3-655 of the South Carolina Code (Supp. 2013) that he committed CSC by "intrusion by an object."  We affirm pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Byers*, 392 S.C. 438, 444, 710 S.E.2d 55, 58 (2011) (holding that for an objection to be preserved for appellate review, the objection must be made "with sufficient specificity to inform the circuit court judge of the point being urged by the objector" (citing *Wilder Corp. v. Wilke*, 330 S.C. 71, 76, 497 S.E.2d 731, 733 (1998))); *State v. Dunbar*, 356 S.C. 138, 142, 587 S.E.2d 691, 693-94 (2003) ("Issues not raised and ruled upon in the trial court will not be considered on appeal."); *id.* at 142, 587 S.E.2d at 694 ("A party may not argue one ground at trial and an alternate ground on appeal."); *State v. Carlson*, 363 S.C. 586, 597, 611 S.E.2d 283, 288 (Ct. App. 2005) ("Arguments not raised to or ruled upon by the trial court are not preserved for appellate review.").

**AFFIRMED.**

**HUFF, THOMAS, and PIEPER, JJ., concur.**